**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRAWANDA C. GILMORE, | ) | No. CV 13-9436-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAROLYN W. COLVIN, Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: September 17, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge